IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LEVI S. McCUISTION                                                    PLAINTIFF

        v.                        Civil No. 07- 5134

NURSE ANDREA GARRETT;
and DOCTOR HUSKINS                                                  DEFENDANTS

**O R D E R**

        Defendants filed a motion for summary judgment (Doc. 13).  To assist plaintiff in

responding to the motion for summary judgment, the undersigned is propounding a

questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the motion for summary judgment.

        For this reason, Levi S. McCuistion is hereby directed to complete, sign, and return the

attached response to defendants' motion for summary judgment on or before **August 11, 2008**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

        IT IS SO ORDERED this 18th day of July 2008.


                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE


-1-

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEVI S. McCUISTION                                                    PLAINTIFF

     v.                                 Civil No. 07- 5134

NURSE ANDREA GARRETT;
and DOCTOR HUSKINS                                                   DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  LEVI S. McCUISTION

     These questions and answers will serve as your response to defendants' motion for summary judgment.  You may use additional sheets of paper in responding to these questions. You must file this response by **August 11, 2008.**

     1(A).  You were booked into the Benton County Detention Center (BCDC) on May 1, 2007, on failure to appear and violation of Arkansas Hot Check Law charges.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1.

_____

_____

_____

_____

     (B).  When you were booked in did you take any prescription medication with you or have any medication delivered to the jail for you?

     Answer:  Yes _____ No _____.

-2-

If you answered yes, please state what medication you took with you and what condition it was for.

_____

_____

_____

_____

_____

_____

_____

_____

2(A).  On May 9th you submitted a medical request.  You stated you had a toothache that had been going on for three days with no sign of relief.  You asked for some kind of pain relief.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

(B).  You were seen by the nurse and prescribed Tylenol 1000 mg. a day for seven days.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit  at page 1.

_____

_____

_____

_____

3.  You were seen by Nurse Garrett on May 10th and she also authorized you to have Tylenol for your tooth pain.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

4(A).  On May 16th you submitted a medical request.  You stated your teeth were very bad and you had toothaches all the time.  You stated that some of the foods you couldn't eat because you had no teeth to chew with.  You stated you would like some pain relief.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

(B).  Please state:  (a) whether prior to your incarceration you were having trouble with your teeth; (b) if you were, state whether you had seen a dentist; (c) if you had not seen a dentist, state why you had not; and (d) state when you had last seen a dentist.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-5-

5.  You were seen by the nurse on May 18th and given Advil for your tooth pain for seven days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

6.  On May 23rd you requested, and received, a copy of your probable cause affidavit.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

7.  On May 26th you submitted a medical request stating you had been having a toothache for three days.  You asked to see the doctor or nurse.  You said your toothaches were recurring from time to time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

**AO72A**
**(Rev. 8/82)**

4.

_____

_____

_____

_____

8.   You were seen by Nurse Garrett on May 30th.  You were prescribed Amoxil, an

antibiotic, for seven days, and Tylenol on an as needed basis every six hours for four weeks.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

1.

_____

_____

_____

_____

9.   On June 4th you asked what your charges, court dates, and bond amounts were.

You were provided with this information.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

5.

_____

_____

_____

-7-

_____

10.  On June 13th you submitted a medical request.  You stated your teeth had been causing you problems every since you had been there.  You indicated you had finally gotten a "PRN" or as needed order when in E-pod.  You indicated you were now in D-pod and they couldn't find your PRN order.  So now you stated you were in pain once again and your jaw was swelling making it hard to eat and chew your food.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at 6.

_____

_____

_____

_____

11.  In response, Nurse Garrett made a medication sheet authorizing you to have Tylenol, 1000 mg., three times a day, for two weeks.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

12.  On June 17th you submitted a medical request.  You stated that your teeth were

-8-

causing you severe pain.  You stated your jaw was swollen.  You indicated it was hard for you to eat.  You asked for something to reduce the swelling.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

13(A).  You were seen by the doctor on June 21st.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

(B).  Were you seen by Dr. Huskins on June 21st?

Answer:  Yes _____ No _____.

If you answered no, please state who you saw.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

    (C).  What treatment did he prescribe?

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    14.  On July 3rd you submitted a grievance complaining that since you had been at the BCDC you had lost fifteen pounds.  You asked about getting on a high protein diet.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 8.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

15.  In response, you were told to eat your meals and you would gain or maintain your weight.  You were told their menu met state standards.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 8.

_____

_____

_____

_____

16(A).  On July 13th you submitted a medical request.  You stated your teeth were causing you a lot of pain.  You stated you believed that your wisdom teeth had now come in.  You indicated your jaw was swollen up.  You stated you had seen the nurse three times and the doctor once.  All out got was Tylenol.  You indicated this only relieved the pain.  You stated you needed the wisdom teeth pulled.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

-11-

_____

_____

(B).  In response, someone wrote:  "See Doctor."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

9.

_____

_____

_____

_____

17.  You were seen by medical staff on July 16th.  Please state:  (a) whether you saw

the doctor or nurse on this date; and (b) what treatment you received.  *See* Defendants'

Exhibit 2 at page 2.

_____

_____

_____

_____

_____

_____

_____

_____

-12-

_____

_____

_____

18(A).  On July 30th you submitted a medical request.  You stated your gum line was swollen and it was causing you a lot of pain.  You indicated you would like something for pain and swelling.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

(B).  On July 31st you submitted a medical request stating you were in a lot of pain for your teeth and gums.  You asked for something for the pain and swelling as soon as possible.  You stated this had been an ongoing problem for the past three months.  You asked to see the nurse or doctor as soon as possible.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 11.

_____

_____

-13-

_____

_____

19.  You were seen by the nurse on August 1st and prescribed salt water rinses for

five days and Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

20(A).  You were seen by medical personnel on August 3rd.  You were prescribed salt

water rinses for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

(B).  It does not appear that the writing on August 3rd is that of Nurse Garrett or Dr.

Huskins.  Nurse Garrett's initials do not appear on that date as they do by the dates of May

-14-

30th and June 13th.  *See Defendants' Exhibit* 2 at page 1 and page 2.  Please state whether you were seen by Dr. Huskins, Nurse Garrett, or someone else on August 3rd.

Answer:

_____

_____

_____

_____

21.  You received pain relief from the Tylenol, Ibuprofen and Advil that was prescribed for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

22.  The salt water rinses that were prescribed helped with the pain and swelling.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

-15-

23.  The Amoxil helped with your dental problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

24.  You were seen by Nurse Garrett on May 20th, May 30th, and June 13th and she was present when you were seen by the doctor on June 21st.  On the remaining occasions, your medical requests were responded to by other medical personnel and you were seen by other medical personnel at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

25.  Your toothache came and went and was not constant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 4 ("these toothaches keep recuring from time to time").

_____

AO72A
(Rev. 8/82)

_____

_____

_____

26.  You received all medication prescribed to you by Dr. Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 31-45.

_____

_____

_____

_____

27.   You received all medical care and treatment prescribed to you by Dr. Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

28.   All orders of the jail medical staff were carried out by personnel at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

-17-

_____

_____

_____

_____

29.   Please explain in detail how you believe Dr. Huskins exhibited deliberate

indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-18-

_____

_____

_____

_____

_____

_____

_____

_____

_____

30.  Please explain in detail how Nurse Garrett exhibited deliberate indifference to

your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

-19-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    31.   You received all medical care and treatment Dr. Huskins believed in the exercise

of his medical judgment that you needed.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

-20-

_____

_____

_____

_____

_____

_____

_____

_____

        32.   You received all medical care and treatment Nurse Garrett believed in the

exercise of her judgment that you needed.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

-21-

_____

_____

_____

_____

_____

_____

33.   Did you suffer any physical injury as a result of a delay in your receiving medical/dental care while at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received medical treatment; (e) the treatment you received; (f) how long it took you to recover from the treatment; and (g) attach to this response medical records establishing the existence of the injuries or the effect the delay in treatment had on your health.  If you do not have any records, explain to the court why you do not have any records.

_____

_____

_____

_____

_____

_____

_____

-22-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

34.  Each time you requested medical/dental care or treatment you were seen by a jail nurse or doctor within a few days of your request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

-23-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

35.  Were you transferred to the Arkansas Department of Correction (ADC) on September 25, 2007?

Answer:  Yes _____ No _____.

If you answered no, please state if you were just released or transferred elsewhere.

_____

_____

_____

_____

36.  Since you left the BCDC, please state:  (a) what dental treatment you have received; (b) what dates you received the treatment on; and (c) where you received the treatment.

-24-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        Detail below any further response you would like to make to defendants' motion for

summary judgment.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

-25-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

      EXECUTED ON THIS _____ DAY OF _____ 2008.


                _____

                   LEVI S. McCUISTION

AO72A
(Rev. 8/82)