IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEVI S. McCUISTION                                                              PLAINTIFF

      v.                    Civil No. 07-5134

NURSE ANDREA GARRETT and
DOCTOR HUSKINS                                                                  DEFENDANTS

## ORDER

Now on this 10th day of September, 2008, comes on for consideration the **Report and Recommendation** issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas, (Doc. 17), to which there are no objections. The Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

IT IS THEREFORE ORDERED that the Report And Recommendation Of The Magistrate Judge (document #17) is adopted in its entirety.

IT IS FURTHER ORDERED that, for the reasons stated in the Report And Recommendation, the plaintiff's claims are dismissed on the grounds that he has failed to prosecute this action and comply with the order of the Court.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                                          **/s/ Jimm Larry Hendren**
                                                          **JIMM LARRY HENDREN**
                                                          **UNITED STATES DISTRICT JUDGE**